62,000-07

COURT OF CRIMINAL APPEALS OF TEXAS
P.O. Box 12308, Capitol Station
Austin, Texas 78711

JANUARY 29th 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 03 2015
Abel Acosta, Clerk

Ex Parte:

GEORGE ROY BROWN, SR.
PRO-SE,

-VS-

THE STATE OF TEXAS

In The District Court OF

ORANGE COUNTY, TEXAS

128th JUDICIAL DISTRICT

Re: Brown, GEORGE Roy Sr.
CCA No. WR-62.000-07
Trial Court Case No. A010583FR,

MOTION DENIED
DATE: 2-11-15
BY: PC

"MOTION FOR APPOINTMENT OF COUNSEL.
As PROVIDED FOR IN CODE OF CRIMINAL
PROCEDURE ART. 46B.006:" INCOMPETENCY,

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GEORGE ROY BROWN, SR. Applicant Pro Se,
And Filed This Motion For Appointment of Counsel, As Provided
For In Code of Criminal Procedure Art. 46B.006 And will Show
Unto The Court The Following:

The Conviction of a Legally Incompetent Person
Violate Due Process. The record Show That Applicant Brown
had been Previously determined Incompetent Through SOCIAL
SECURITY Administration Medical Experts: With A Court order
Guardian at The Time of his Proceeding: Tiller V. Esposito 911 F.2d
575 (11th Cir. 1990)

Page 1 of 2.

The record Show That Applicant Brown had been Previously Awarded Disability Benefits Based on Mental Condition...

Trial Court fail To Allow Applicant Brown A Competency Hearing: A Violation of his Due Process Rights. United State V. Kauffman. 109 F. 3d 186 (3d Cir. 1997),

A defendant is Presumed Competent To Stand Trial and Shall be found Competent To Stand Trial; Unless Proved Incompetent by a Preponderance of The Evidence:

The State Violated Applicant Brown Due Process Rights To A fair Trial, As Provided For In The 14th Amendment of The U.S. Constitution:

The State had before It Significant Evidence That Applicant Brown Was In fact Incompetent at Time of his Proceeding:

## PRAYER.

WHEREFORE, PREMISES CONSIDERED. Applicant Brown Respectfully Prays That The Honorable Judge of Court of Criminal Appeals of Texas Grant This Motion For Appointment of Counsel, Based On The fact That Applicant Brown Was Previously determined Incompetent At The Time of his Proceeding: And Was Not Allow A Competent Hearing: A Violation of His Due Process Rights:

Respectfully Submitted,

Mr. George Roy Brown, Sr
GEORGE ROY BROWN, SR..
Pro Se. ID.#1098499

Page 2. of 2.